| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 4:09CR00228 CAS |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 10-80031-TP-RYSKAMP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| David Horine<br>614 Avon Rd<br>West Palm Beach, FL 33401-78[..] | Eastern District of Missouri | St. Louis |
| FILED by [signature] D.C.<br>SEP 16 2010<br>STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA - W.P.B. | NAME OF SENTENCING JUDGE<br>The Honorable Charles A. Shaw<br>Senior United States District Judge | |
| | DATES OF **PROBATION**/SUPERVISED RELEASE: | FROM<br>April 13, 2010 | TO<br>April 12, 2015 |

Count One: Interstate Failure to Pay Child Support

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/12/10
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/25/10
Effective Date

[signature]
United States District Judge

Case 4:09-cr-00228-CAS   Document 38   Filed 04/13/10   Page 1 of 6

AO 245B (Rev. 09/08)
Sheet 1- Judgment in a Criminal Case

# United States District Court
## Eastern District of Missouri

UNITED STATES OF AMERICA
v.
DAVID HORINE

JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 4:09CR228 CAS
USM Number: 73421-004

Michael Dwyer
Defendant's Attorney

THE DEFENDANT:

☒ pleaded guilty to count(s)  one (1) of the Two Count Indictment on November 10, 2009.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 228(a)(1) | Interstate Failure to Pay Child Support | 3/25/2009 | I |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) two (2) of the Two Count Indictment  is  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 13, 2010
Date of Imposition of Judgment

*[signature]*
Signature of Judge

CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE
Name & Title of Judge

April 13, 2010
Date signed

Record No.: 83

AO 245B (Rev. 09/08)    Judgment in Criminal Case    Sheet 4 - Probation

Judgment-Page __2__ of __5__

DEFENDANT: DAVID HORINE
CASE NUMBER: 4:09CR228 CAS
District: Eastern District of Missouri

## PROBATION

The defendant is hereby sentenced to probation for a term of:

5 years

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The Defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

- [ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [x] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [x] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The Defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchas, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician:
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 09/08)   Judgment in Criminal Case   Sheet 4A - Probation

Judgment-Page __3__ of __5__

DEFENDANT: DAVID HORINE
CASE NUMBER: 4:09CR228 CAS
District: Eastern District of Missouri

# ADDITIONAL PROBATION TERMS

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of commencement of supervision and at least two periodic drug test thereafter for use of a controlled substance.

2. The defendant shall participate in a drug or alcohol abuse treatment program approved by the United States Probation Office, which may include substance abuse testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center, Residential Re-Entry Center, or inpatient treatment in a treatment center or hospital. The defendant shall pay for the costs associated with substance abuse services based on a co-payment fee established by the United States Probation Office. Co-payments shall never exceed the total cost of services provided.

3. The defendant shall pay the restitution and fine as previously ordered by the Court.

4. The defendant shall provide the probation officer and the Financial Litigation Unit (FLU) of the U.S. Attorney's Office with access to any requested financial information. The defendant is advised that the probation office may share financial information with FLU.

5. The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments and/or other anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation. The defendant shall immediately notify the probation office of the receipt of any indicated monies.

6. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the United States Probation Office so long as there is a balance on the Court-imposed financial obligation.

7. The defendant shall continue to pay his current child support payments.


**SPECIAL INSTRUCTIONS REGARDING THE PAYMENT OF RESTITUTION**
The defendant shall make restitution in the total amount of $276,973.54. Payments of restitution shall be made to the Clerk of the Court for transfer to the victims. All criminal monetary penalties are due in full immediately. The defendant shall pay all criminal monetary penalties through the Clerk of Court. If the defendant cannot pay in fully immediately, then the defendant shall make payments in monthly installments of at least $200, or no less than 10% of the defendant's gross earnings, whichever is greater, with payments to commence no later than 30 days from this date. Until all criminal monetary penalties are paid in full, the defendant shall notify the Court and this district's United States Attorney's Office, Financial Litigation Unit, of any material changes in the defendant's economic circumstances that might affect the defendant's ability to pay criminal monetary penalties. The defendant shall notify this district's United States Attorney's Office, Financial Litigation Unit, of any change of mailing or residence address that occurs while any portion of the criminal monetary penalties remains unpaid.

Case 4:09-cr-00228-CAS   Document 38   Filed 04/13/10   Page 4 of 6

AO 245B (Rev. 09/08)  Judgment in Criminal Case
Sheet 5 - Criminal Monetary Penalties

Judgment-Page __4__ of __5__

DEFENDANT: DAVID HORINE
CASE NUMBER: 4:09CR228 CAS
District: Eastern District of Missouri

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $10.00 | | $276,973.54 |

☐ The determination of restitution is deferred until _____. *An Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Mary P. Horine 12007 Renaissance Drive Maryland Heights, Missouri 63043 | | $276,973.54 | |
| Totals: | | $276,973.54 | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ The interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 09/08) Judgment in Criminal Case
Sheet 6 - Schedule of Payments

Judgment-Page __5__ of __5__

DEFENDANT: DAVID HORINE
CASE NUMBER: 4:09CR228 CAS
District: Eastern District of Missouri

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of _____ due immediately, balance due

☐ not later than _____ , or

☐ in accordance with ☐ C, ☐ D, or ☐ E below; or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below; or ☐ F below; or

C ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

See page 3 for special instructions on payment of restitution. IT IS FURTHER ORDERED that the defnedant shall pay to the United States a special assessment of $10, that shall be due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.



DEFENDANT: __DAVID HORINE__
CASE NUMBER: __4:09CR228 CAS__
USM Number: __73421-004__

# UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

☐   The Defendant was released on _____ to_____ Probation

☐   The Defendant was released on _____ to_____ Supervised Release

☐   and a Fine of_____   ☐ and Restitution in the amount of_____

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____

FILED

MAR 25 2009

U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| DAVID HORINE, | ) 4:09CR00228 CAS |
| Defendant. | ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Between on or about January 1, 2006 to on or about March 25, 2009, within the Eastern District of Missouri,

**DAVID HORINE,**

the Defendant herein, who did not reside in the State of Missouri, willfully failed to pay a support obligation with respect to his children who reside in the State of Missouri and which obligation is in the amount greater than $5,000, that being more than $92,000.00, in violation of Title 18, United States Code, Section 228(a)(1).

### COUNT TWO

The Grand Jury charges that:

Between on or about January 1, 2006 to on or about March 25, 2009, within the Eastern District of Missouri,

**DAVID HORINE,**

who did not reside in the State of Missouri, willfully failed to pay a support obligation with respect to his children who reside in the State of Missouri in that the amount of arrearage exceeded $10,000 that being more than $92,000.00; in violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney


_____
TRACY L. BERRY, 508314
Assistant United States Attorney

CLOSED

# U.S. District Court
## Eastern District of Missouri (LIVE) (St. Louis)
## CRIMINAL DOCKET FOR CASE #: 4:09-cr-00228-CAS-1

Case title: USA v. Horine

Date Filed: 03/26/2009
Date Terminated: 04/13/2010

Assigned to: Honorable Charles A. Shaw

**Defendant (1)**

**David Horine**
*TERMINATED: 04/13/2010*

represented by **Felicia A. Jones**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177
Email: Felicia_jones@fd.org
*TERMINATED: 07/09/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Michael Dwyer**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177
Email: michael_dwyer@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**St. Louis Fed Public Defender**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177

Email: julie_mueller@fd.org
*TERMINATED: 07/07/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| INTERSTATE FAILURE TO PAY CHILD SUPPORT (MISDEMEANOR) (1r) | The defendant is hereby sentenced to probation for a term of: 5 years. The defendant shall comply with the standard and special conditions of probation. The defendant shall make restitution in the total amount of $276,973.54. It is further ordered that the defendant shall pay to the United States a special assessment of $10, that shall be due immediately. |

**Highest Offense Level (Opening)**

Petty Offense

| **Terminated Counts** | **Disposition** |
|---|---|
| INTERSTATE FAILURE TO PAY CHILD SUPPORT (FELONY) (2r) | Dismissed on the motion of the United States. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

USA   represented by   **Tracy L. Berry**
OFFICE OF U.S. ATTORNEY
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314-539-2200
Fax: 314-539-2309
Email: tracy.berry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2009 | 1 | INDICTMENT referred to Magistrate Judge Fleissig as to David Horine (1) count(s) 1, 2. (Attachments: # 1 Criminal Cover Sheet) (KLK) (Entered: 03/27/2009) |
| 03/26/2009 | 2 | REDACTED INDICTMENT as to David Horine (1): Former count 1 is now count 1r. Former count 2 is now count 2r. (KLK) (Entered: 03/27/2009) |
| 03/26/2009 |  | Warrant Issued as to indictment in case as to David Horine. (KLK) (Entered: 03/27/2009) |
| 03/27/2009 | 3 | ENTRY OF ATTORNEY APPEARANCE Tracy L. Berry appearing for USA. (Berry, Tracy) (Entered: 03/27/2009) |
| 03/27/2009 |  | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 18 U.S.C. § 636 and 18 U.S.C § 3401. (CSAW) (Entered: 03/27/2009) |
| 04/23/2009 |  | Arrest of defendant David Horine date of arrest: 4/23/09 (TRC) (Entered: 05/04/2009) |
| 04/23/2009 | 6 | ORDER Setting Conditions of Release as to David Horine (1). Bond executed in the amount of $100,000 PSB collaterized by Defendant's Home. Signed by Mag. Judge James M. Hopkins on 4/23/09. (TRC) (Entered: 05/04/2009) |
| 04/27/2009 | 4 | Warrant Returned Executed on 4/23/09 in case as to David Horine re: Indictment (TRC) (Entered: 04/27/2009) |
| 05/01/2009 |  | Receipt 4644007132 in the amount of $0.00 for PASSPORT on behalf of David Lee Horine, Jr. (CCAM) (Entered: 05/01/2009) |
| 05/01/2009 | 7 | PASSPORT NOTICE as to David Horine has been filed. Notice of Court Order: Order File Date: 04/23/09. The aboved-name defendant is not permitted to apply for the issuance of a passport during the pendency of this action. Passport 216932350 surrendered to U.S. District Court on 05/01/09. (MGB) (Entered: 05/05/2009) |
| 05/04/2009 | 5 | Rule 5(c)(3) Documents Received as to David Horine (TRC) (Entered: 05/04/2009) |
| 06/05/2009 | 8 | FINANCIAL AFFIDAVIT by David Horine. (CSR) (Entered: 06/05/2009) |
| 06/24/2009 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to David Horine St. Louis Fed Public Defender for David Horine appointed. Signed by Mag Judge Audrey G. Fleissig on 6/24/09. (CLA) (Entered: 06/24/2009) |
| 07/07/2009 | 10 | ORDER CONCERNING PRETRIAL MOTIONS as to David Horine Criminal Pretrial Motion due by 7/20/2009. Evidentiary Hearing set for 7/28/2009 09:00 AM in Courtroom 9N before Mag Judge Audrey G. Fleissig. Jury Trial set for 9/8/2009 09:00 AM in Courtroom 12N before Honorable Charles A. Shaw. Signed by Mag Judge Audrey G. Fleissig on 7/7/09. (CLA) (Entered: 07/07/2009) |

| | | |
|---|---|---|
| 07/07/2009 | | Arrest of defendant David Horine date of arrest: 7/7/09 (CLA) (Entered: 07/07/2009) |
| 07/07/2009 | 11 | Minute Entry for proceedings held before Mag Judge Audrey G. Fleissig:Arraignment: Parties present for arraignment. Defendant waives reading of indictment, plea of not guilty as to David Horine (1) Count 1r,2r held on 7/7/2009 Attorney Felicia A. Jones for David Horine added. Attorney St. Louis Fed Public Defender terminated. Oral mtn. for ext. of time to file pretrial mtns. made by deft. Granted AGF. The Court adopts bond that was set in the State of Florida. The Court also amended conditions of release. ( Evidentiary Hearing set for 7/28/2009 09:00 AM in Courtroom 9N before Mag Judge Audrey G. Fleissig., Jury Trial set for 9/8/2009 09:00 AM in Courtroom 12N before Honorable Charles A. Shaw.), Initial Appearance/Rule 5 as to David Horine held on 7/7/2009 David Horine (1) 100,000 PSB collaterized by Defendant's Home. Attorney Felicia A. Jones for David Horine added. (Court Reporter or FTR Gold Operator initials:cla.) (FTR Gold (yes or no): yes.) (proceedings started: 1:10.) (proceedings ended: 1:24.) (Defendant Location: bond.) (CLA) (Entered: 07/07/2009) |
| 07/07/2009 | 12 | AMENDED CONDITIONS OF RELEASE Entered as to defendant David Horine on 7/7/09. (CLA) (Entered: 07/07/2009) |
| 07/09/2009 | 13 | Substitution of Attorney as to David Horine Terminating Felicia Jones Replaced by substituted attorney Michael Dwyer (Dwyer, Michael) (Entered: 07/09/2009) |
| 07/09/2009 | | Attorney update in case as to David Horine. Attorney Michael Dwyer for David Horine added. Attorney Felicia A. Jones terminated. (CEL) (Entered: 07/10/2009) |
| 07/21/2009 | 14 | NOTICE by David Horine of: No Pretrial Motions to be Filed (Dwyer, Michael) (Entered: 07/21/2009) |
| 07/28/2009 | 15 | ORDER REGARDING WAIVER as to deft Horine. This matter came before the Court for an evidentiary hearing on pretrial motions on Tuesday, July 28, 2009, at 9:00 a.m. The defendant appeared via telephone with counsel, and after being advised of the right to file motions and to have an evidentiary hearing, the defendant knowingly and voluntarily waived his right to file or proceed on pretrial motions and to an evidentiary hearing. There being no outstanding motions, there will be no further evidentiary hearing in this matter.. Signed by Magistrate Judge Audrey G. Fleissig on 7/28/09. (CEL) (Entered: 07/28/2009) |
| 07/28/2009 | 16 | Minute Entry for proceedings held before Magistrate Judge Audrey G. Fleissig:In Court Hearing (Waiver of Motions) as to David Horine held on 7/28/2009. Parties present for hearing on pretrial motions. Deft appears by telephone. Deft. waives hearing and filing of motions. Court accepts waiver. (Court Reporter or FTR Gold Operator initials:TRC.) (FTR Gold (yes or no): yes.) (proceedings started: 9:03am.) (proceedings ended: 9:24am.) (Defendant Location: BOND.) (CEL) (Entered: 07/28/2009) |
| 09/02/2009 | 17 | MOTION to Continue ; September 8, 2009 Trial Setting by David Horine. (Dwyer, Michael) (Entered: 09/02/2009) |

| 09/04/2009 | 18 | ORDER TO CONTINUE (per 18:3161)- Ends of Justice as to David Horine IT IS HEREBY ORDERED that the defendant's request for a continuance [Doc.17] is GRANTED pursuant to 18 U.S.C. § 3161(h)(8), and this case is removed from the September 8, 2009 docket and reset for trial on Monday, October 5, 2009 at 9:00 a.m. in Courtroom 12 North. re 17 MOTION to Continue ; September 8, 2009 Trial Setting filed by David Horine. Jury Trial set for 10/5/2009 09:00 AM in Courtroom 12N before Honorable Charles A. Shaw. Signed by Honorable Charles A. Shaw on 9/4/2009. (NCL) (Entered: 09/04/2009) |
|---|---|---|
| 09/10/2009 | 19 | WAIVER of Minimum Time to Trial by David Horine (Dwyer, Michael) (Entered: 09/10/2009) |
| 09/29/2009 | 20 | MOTION to Continue ; October 5, 2009 Trial Setting by David Horine. (Dwyer, Michael) (Entered: 09/29/2009) |
| 09/30/2009 | 21 | ORDER TO CONTINUE (per 18:3161)- Ends of Justice as to David Horine IT IS HEREBY ORDERED that the defendant's request for a continuance [Doc. 20] is GRANTED pursuant to 18 U.S.C. § 3161(h)(8), and this case is removed from the October 5, 2009 docket and reset for trial on Monday, November 2, 2009 at 9:00 a.m. in Courtroom 12 North. Re 20 MOTION to Continue; October 5, 2009 Trial Setting filed by David Horine. Jury Trial set for 11/2/2009 09:00 AM in Courtroom 12N before Honorable Charles A. Shaw. Signed by Honorable Charles A. Shaw on 9/30/2009. (NCL) (Entered: 09/30/2009) |
| 10/14/2009 | 22 | MOTION for Leave to: Allow Prepayment of Restitution by David Horine. (Dwyer, Michael) (Entered: 10/14/2009) |
| 10/14/2009 | 23 | Docket Text ORDER as to David Horine; ORDERED. The Court shall hold a change of plea hearing on Thursday, October 22, 2009, at 10:45 a.m., in Courtroom 12 North. Signed by Honorable Charles A. Shaw on October 14, 2009. (LLF) (Entered: 10/14/2009) |
| 10/14/2009 | 24 | MOTION to Continue ; October 22, 2009 Change of Plea Hearing by David Horine. (Dwyer, Michael) (Entered: 10/14/2009) |
| 10/15/2009 | 26 | ORDER (Financial) - MOTION FOR CLERK OF COURT TO ACCEPT PREPAYMENT OF RESTITUTION - SO ORDERED as to David Horine. Signed by Honorable Charles A. Shaw on 10/15/09. (KJF, ) (Entered: 10/20/2009) |
| 10/16/2009 | 25 | Docket Text ORDER as to David Horine Re 24 MOTION to Continue October 22, 2009 Change of Plea Hearing by David Horine. (Dwyer, Michael) filed by David Horine; ORDERED GRANTED. The change of plea hearing shall be rescheduled for Tuesday, November 10, 2009, at 11:30 a.m., in Courtroom 12 North. Signed by Honorable Charles A. Shaw on October 16, 2009. (LLF) (Entered: 10/16/2009) |
| 10/22/2009 | | Receipt CT 4644010467 in the amount of $7000.00 for VICTIM RESTITUTION on behalf of David Horine (CCAM) (Entered: 10/24/2009) |
| 11/10/2009 | 27 | Minute Entry for proceedings held before Honorable Charles A. Shaw:Change |

| | | |
|---|---|---|
| | | of Plea Hearing as to David Horine Guilty on counts one. held on 11/10/2009 Counts held in abeyance until sentencing: two Sentencing set for 2/11/2010 09:30 AM before Honorable Charles A. Shaw. (Court Reporter or FTR Gold Operator initials:Sue Moran.) (FTR Gold (yes or no): no.) (proceedings started: 11:45.) (proceedings ended: 11:55.) (Defendant Location: bond.) (JWJ) (Entered: 11/12/2009) |
| 11/10/2009 | 28 | PLEA AGREEMENT, GUIDELINES RECOMMENDATIONS AND STIPULATIONS by David Horine, USA as to David Horine (JWJ) (Entered: 11/12/2009) |
| 12/03/2009 | 29 | MOTION for Release of Funds by David Horine. (Dwyer, Michael) (Entered: 12/03/2009) |
| 12/29/2009 | 30 | ORDER (Financial) as to David Horine -....**IT IS HEREBY ORDERED** that defendant's Uncontested Motion for Disbursement of Restitution is Granted. **IT IS FURTHER ORDERED** that the Clerk of the Court shall disburse the $7,000.00 paid by defendant toward restitution to: Mary P. Horine,12007 Renaissance Drive, Maryland Heights, Missouri 63403. re 29 MOTION for Release of Funds filed by David Horine. Signed by Honorable Charles A. Shaw on 12/29/2009. (MRC) (Entered: 12/29/2009) |
| 02/08/2010 | 31 | MOTION to Continue ; February 11, 2010 Sentencing Hearing by David Horine. (Dwyer, Michael) (Entered: 02/08/2010) |
| 02/09/2010 | 32 | Docket Text ORDER as to David Horine Re 31 MOTION to Continue February 11, 2010 Sentencing Hearing by David Horine (Dwyer, Michael) filed by David Horine; ORDERED GRANTED. The sentencing proceedings shall be rescheduled for Thursday, March 11, 2010, at 10:00 a.m., in Courtroom 12 North. Signed by Honorable Charles A. Shaw on February 9, 2010. (LLF) (Entered: 02/09/2010) |
| 03/09/2010 | 33 | MOTION to Continue ; March 11, 2010 Sentencing Hearing by David Horine. (Dwyer, Michael) (Entered: 03/09/2010) |
| 03/10/2010 | 34 | Docket Text ORDER as to David Horine Re 33 MOTION to Continue March 11, 2010 Sentencing Hearing by David Horine (Dwyer, Michael) filed by David Horine; ORDERED GRANTED. The sentencing proceedings shall be rescheduled for Tuesday, April 13, 2010, at 11:30 a.m., in Courtroom 12 North. Signed by Honorable Charles A. Shaw on March 10, 2010. (LLF) (Entered: 03/10/2010) |
| 03/17/2010 | 35 | Docket Text ORDER as to David Horine; ORDERED. Due to a change in the Court's calendar, the sentencing proceedings shall be rescheduled for Tuesday, April 13, 2010, at 9:30 a.m., in Courtroom 12 North. This is only a time change. Signed by Honorable Charles A. Shaw on March 17, 2010. (LLF) (Entered: 03/17/2010) |
| 04/08/2010 | 37 | PRESENTENCE INVESTIGATION REPORT (FILED UNDER SEAL) as to David Horine (NCL) (Entered: 04/15/2010) |
| 04/13/2010 | 36 | Minute Entry for proceedings held before Honorable Charles A. Shaw:Sentencing as to David Horine held on 4/13/2010. No objections to |

| | | |
|---|---|---|
| | | Presentence Report filed by either party. PSR adopted and accepted by the Court and to be filed Under Seal. Sentence imposed - see judgment. Count 2 dismissed upon the motion of the AUSA. Defendant released to Probation pending process by USM. Defense counsel given copy of Local Rule 12.07 Packet. (Court Reporter or FTR Gold Operator initials:S. Moran.) (FTR Gold (yes or no): No.) (proceedings started: 11:00 a.m.) (proceedings ended: 11:15 a.m.) (Defendant Location: Probation.) (NCL) (Entered: 04/13/2010) |
| 04/13/2010 | | Receipt CT 4644013852 in the amount of $10.00 for SPECIAL PENALTY ASSESSMENT on behalf of Horine, David (CCAM) (Entered: 04/15/2010) |
| 04/13/2010 | | Receipt CT 4644013850 in the amount of $2000.00 for VICTIM RESTITUTION on behalf of Horine, David (CCAM) (Entered: 04/15/2010) |
| 04/13/2010 | 38 | JUDGMENT as to David Horine (1), Count(s) 1r, The defendant is hereby sentenced to probation for a term of: 5 years. The defendant shall comply with the standard and special conditions of probation. The defendant shall make restitution in the total amount of $276,973.54. It is further ordered that the defendant shall pay to the United States a special assessment of $10, that shall be due immediately.; Count(s) 2r, Dismissed on the motion of the United States. Signed by Honorable Charles A. Shaw on 4/13/2010. (NCL) (Entered: 04/15/2010) |
| 04/13/2010 | 39 | SEALED STATEMENT OF REASONS for Sentence regarding Judgment, 38 as to defendant David Horine. Signed by Honorable Charles A. Shaw on 4/13/2010. (NCL) (Entered: 04/15/2010) |
| 04/27/2010 | 40 | TRANSCRIPT ORDER REQUEST by Mary Horine for proceedings of Opening Statement and Opinion of Court for proceedings held on 4/13/10 court reporter Sue Moran before Judge Judge Shaw. (KJF) (Entered: 04/29/2010) |
| 04/29/2010 | | REMARK as to David Horine: Sent copy of transcript order request to the Court Reporter this day. (KJF) (Entered: 04/29/2010) |
| 05/19/2010 | 41 | TRANSCRIPT (SENTENCING) as to David Horine held on 4/13/10 before Judge Shaw. Court Reporter/Transcriber Susan R. Moran, Telephone number 314-244-7983. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/9/2010. Redacted Transcript Deadline set for 6/21/2010. Release of Transcript Restriction set for 8/17/2010. (KJF) (Entered: 05/19/2010) |
| 06/29/2010 | | Receipt CT 4644015260 in the amount of $600.00 for VICTIM RESTITUTION on behalf of Horine, David (CCAM) (Entered: 07/01/2010) |
| 07/30/2010 | | Receipt CT 4644015839 in the amount of $200.00 for VICTIM RESTITUTION on behalf of Horine, David (CCAM) (Entered: 08/03/2010) |